UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Anthony T. Staley, Plaintiff, v. Sedgwick Claims Management Services, Inc., and MTA, Defendants.

Civil Action No.: _____

COMPLAINT – Jury Trial Demanded

1. This is a civil action seeking damages for the negligent and harmful disruption of Plaintiff's workers' compensation benefits without notice, in violation of ADA and civil rights statutes.

Proof of Service

I certify that on the date below I served the Complaint, Summons, Civil Cover Sheet, IFP, and Motion for Injunction

on Sedgwick (P.O. Box 14156, Lexington, KY 40512) and MTA (2 Broadway, New York, NY 10004)

by certified mail.

Executed on: _____

Signature: _____